UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARSHALL THOMAS COBB, SR., )<br> )<br>       Plaintiff, )<br>   vs. )<br> )<br>KATHLEEN BURNS, et al., )<br> )<br>       Defendants. ) | No. 1:07-cv-627-SEB-WTL |

# E N T R Y

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee which was assessed.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 09/10/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana