UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARSHALL THOMAS COBB, SR., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>KATHLEEN BURNS, et al., )<br>)<br>Defendants. ) | No. 1:07-cv-627-SEB-WTL |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 09/10/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Marshall Thomas Cobb, Sr.
DOC #129571
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064